[No. 40521-7-I.   Division One.   December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD R. DEEL, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00956-8, Steven J. Mura, J., entered March 26, 1997. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Becker and Cox, JJ.

[No. 40721-0-I.   Division One.   December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DURAN E. TILLETT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 95-1-01314-1, David F. Hulbert, J., entered May 16, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40750-3-I.   Division One.   December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC L. MIKOTA, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 96-1-00595-8, Michael E. Rickert, J., entered April 3, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40823-2-I.   Division One.   December 28, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN HOWARD LEWIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-04619-1, Arthur E. Piehler, J. Pro Tem., entered June 6, 1997. *Affirmed* by unpublished per curiam opinion.